IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

2007 JUL 12 P 3: 27

| | |
|---|---|
| JEFFREY M. DANIEL and KIMBERLY D. DANIEL, ) ) ) Plaintiffs, ) ) v. ) ) NATIONPOINT, FIRST FRANKLIN ) FINANCIAL CORPORATION, MERRILL ) LYNCH BANK & TRUST COMPANY, ) BLAKE BARSAMIAN, ) ) Defendants ) ) | CIVIL ACTION NO. 2:07-CV-640-WKW |

**CORPORATE DISCLOSURE STATEMENT OF DEFENDANTS NATIONPOINT,
FIRST FRANKLIN FINANCIAL CORPORATION, and
MERRILL LYNCH BANK & TRUST CO., FSB**

Comes now Defendants First Franklin Financial Corporation ("First Franklin"), NationPoint, and Merrill Lynch Bank & Trust Co., FSB ("MLB&T"), and hereby complies with Fed. R. Civ. P. 7.1, by disclosing the following:

1. "NationPoint" is not a legal entity. It is simply a name for a division of First Franklin.

2. First Franklin is an operating subsidiary of MLB&T, and a wholly-owned subsidiary of Merrill Lynch & Co., Inc., which has issued shares or debt securities to the public. Based on information and belief, there are no other companies affiliated with First Franklin that have issued shares or debt securities to the public.

3. Prior to December 30, 2006, First Franklin was a subsidiary of National City Corporation, which has issued shares or debt securities to the public.

01513033.1

4.  MLB&T is a wholly-owned subsidiary of Merrill Lynch & Co., Inc., which has issued shares or debt securities to the public. Based on information and belief, there are no other companies affiliated with MLB&T that have issued shares or debt securities to the public.

Bradley B. Rounsaville
Attorney for Defendants
NationPoint, First Franklin Financial
Corporation, and Merrill Lynch Bank &
Trust Co., FSB

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 1٢ of July, 2007.

Benjamin M. Bowden
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

                                                                             B-_____
                                                         OF COUNSEL