IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY M. DANIEL and<br>KIMBERLY D. DANIEL,<br><br>    Plaintiffs,<br><br>v.<br><br>NATIONPOINT, FIRST FRANKLIN<br>FINANCIAL CORPORATION, MERRILL<br>LYNCH BANK & TRUST COMPANY,<br>BLAKE BARSAMIAN,<br><br>    Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07-CV-640-WKW<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW First Franklin Financial Corporation ("First Franklin"), a defendant in the above-captioned matter, and in accordance with the order of this Court, make the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates or similar entities reportable under the provisions of the Middle District of Alabama's General order No. 3047:

☐ This party is an individual, or

☐ This party is a governmental entity, or

☐ There are no entities to be reported, or

☒ The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| Merrill Lynch & Co., Inc. | First Franklin is a wholly owned subsidiary of Merrill Lynch & Co., Inc., which has issued shares or debt securities to the public. |

01514830.1

- 2 -

Date: July 12, 2007

                                                /s/ B.
_____
Bradley B. Rounsaville
Attorney for Defendants
NationPoint, First Franklin Financial
Corporation, and Merrill Lynch Bank &
Trust Co., FSB

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

- 2 -

01514830.1

- 3 -

## CERTIFICATE OF SERVICE

      I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 12 of July, 2007.

Benjamin M. Bowden
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

                                                                              B. _____
                                                                             OF COUNSEL