**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF ALABAMA**
**NORTHERN DIVISION**

| | | |
|---|---|---|
| **JEFFREY M. DANIEL and** | ) | |
| **KIMBERLY D. DANIEL,** | ) | |
| | ) | |
| **PLAINTIFFS,** | ) | |
| | ) | |
| **VS.** | ) | **2:07-cv-640-WKW** |
| | ) | |
| **NATIONPOINT, FIRST FRANKLIN** | ) | |
| **FINANCIAL CORPORATION,** | ) | |
| **MERRILL LYNCH BANK & TRUST** | ) | |
| **COMPANY, and BLAKE BARSAMIAN,** | ) | |
| | ) | |
| **DEFENDANTS.** | ) | |

**CONFLICT DISCLOSURE STATEMENT**

Come now Jeffrey M. Daniel and Kimberly D. Daniel, Plaintiffs, in the above-captioned matter, and in accordance with the Order of the Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

1. The Plaintiffs are individuals.

> s/ Benjamin M. Bowden
> Benjamin M. Bowden (BOW035)
> ASB-1909-N43B
> Attorney for Plaintiffs
> Albrittons, Clifton, Alverson,
> Moody & Bowden, P.C.
> Post Office Drawer 880
> Andalusia, Alabama 36420
> Telephone : (334)-222-3177
> Fax:  (334)-222-2696
> E-mail: bbowden@albrittons.com

**CERTIFICATE OF SERVICE**

I hereby certify that on July 17, 2007, I electronically filed the foregoing with the Clerk of

the Court using the CM/ECF system, which shall send notification of such filing to the following counsel of record which includes:

Bradley B. Rounsaville
Maynard, Cooper & Gale, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, Alabama 35203


                              s/ Benjamin M. Bowden
                              Of Counsel