IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEFFREY M. DANIEL and<br>KIMBERLY D. DANIEL,<br><br>Plaintiffs,<br><br>v.<br><br>NATIONPOINT, FIRST FRANKLIN<br>FINANCIAL CORPORATION, MERRILL<br>LYNCH BANK & TRUST COMPANY,<br>BLAKE BARSAMIAN,<br><br>Defendants | )<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION NO. 2:07-CV-00640-<br>)  WKW-WC<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## MERRILL LYNCH BANK & TRUST, FSB's
## UNOPPOSED MOTION FOR EXTENSION OF TIME TO ANSWER

Pursuant to an agreement with counsel for Plaintiff, Merrill Lynch Bank & Trust Company, FSB ("MLB&T") moves the Court for an order granting MLB&T an extension of time up to and including July 30, 2007 to respond to the Complaint in this action.

WHEREFORE, MLB&T respectfully requests the Court enter an order allowing it until July 30, 2007 to file a responsive pleading in this action.

On this 19th day of July, 2007.

 

                                                     /s/ B.
                                                Bradley B. Rounsaville
                                                Attorney for Defendant
                                                MLB&T

OF COUNSEL:

MAYNARD, COOPER & GALE, P.C.
1901 6th Avenue North
Suite 2400, AmSouth/Harbert Plaza
Birmingham, AL 35203
(205) 254-1000

01506657.1

## CERTIFICATE OF SERVICE

I hereby certify I have served a copy of the foregoing upon all counsel of record, by placing same in the United States Mail, properly addressed and first class postage pre-paid on this the 19th of July, 2007.

Benjamin M. Bowden
ALBRITTONS, CLIFTON, ALVERSON,
MOODY & BOWDEN, P.C.
Post Office Drawer 880
Andalusia, Alabama 36420

B.
_____
OF COUNSEL