IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| JEFFREY M. DANIEL, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:07-cv-640-WKW |
| | ) | |
| NATIONPOINT, *et al.*, | ) | |
| | ) | |
| Defendants | ) | |

**ORDER**

Upon consideration of Merrill Lynch Bank & Trust, FSB's Unopposed Motion for Extension of Time to Answer (Doc. # 9), it is ORDERED that the motion is GRANTED. The defendants shall file a responsive pleading on or about **July 31, 2007**.

It is further ORDERED that the plaintiffs shall SHOW CAUSE on or before **August 6, 2007**, as to why "Nationpoint's" Motion to Quash Service and to Dismiss for Insufficient Service of Process and Lack of Personal Jurisdiction (Doc. # 8) should not be granted.

DONE this 30th day of July, 2007.

/s/  W.  Keith Watkins
UNITED STATES DISTRICT JUDGE